UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA TIMOTHY JEMISON,

                    Petitioner,

        -against-

STATE OF NEW YORK, et al.,

                  Respondents.

25-CV-4950 (KMW)

ORDER OF DISMISSAL

KIMBA M. WOOD, United States District Judge:

By Order dated March 4, 2026, the Court granted Petitioner leave to file an amended pleading within 30 days. (ECF No. 10). That Order specified that failure to comply would result in dismissal of this action.  Plaintiff has not filed an amended pleading.  Accordingly, this action, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons set forth in the Court's Order dated March 4, 2026.

Because the petition makes no substantial showing of a denial of a constitutional right, the Court declines to issue a certificate of appealability.  *See* 28 U.S.C. § 2253.  The Court directs the Clerk of Court to enter a civil judgment in this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    April 22, 2026
           New York, New York

                    /s/ Kimba M. Wood
                      KIMBA M. WOOD
                United States District Judge