UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA TIMOTHY JEMISON,

                    Plaintiff,

        -against-

STATE OF NEW YORK ET AL,

                    Defendants.

25-cv-4950 (KMW)

CIVIL JUDGMENT

For the reasons stated in the April 22, 2026, order, the complaint, filed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

SO ORDERED.

Dated:    April 27, 2026
           New York, New York

                                /s/ Kimba M. Wood
                                   KIMBA M. WOOD
                           United States District Judge